IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AGNES CARVEL ESTATE<br>by PAMELA CARVEL,<br><br>          Plaintiff,<br><br>          v.<br><br>CARVEL CORP.,<br><br>          Defendant. | :<br>:<br>:<br>:<br>:<br>:   C.A. No. 07-237-JJF<br>:<br>:<br>:<br>: |

## CARVEL CORPORATION'S MOTION TO DISMISS

Defendant Carvel Corporation ("Carvel Corp.") hereby moves pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the Complaint for Payment of Rent ("Complaint") filed by Pamela Carvel on behalf of the Agnes Carvel Estate ("Pamela").

As explained in more detail in the accompanying memorandum, Pamela has failed to state a claim upon which relief can be granted against Carvel Corp. Accordingly, this Court should dismiss the Complaint against Defendant.

DATED: June 29, 2007

Respectfully submitted,

*/s/ Karen E. Keller*

Karen E. Keller (#4489)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6554
kkeller@ycst.com

Anthony P. Ashton (*pro hac vice motion pending*)
DLA Piper US LLP
6225 Smith Avenue
Baltimore, Maryland 21209
(410) 580-3000

*Attorneys for Carvel Corp.*

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on June 29, 2007, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Pamela Carvel
> 28 Old Brompton Road, Suite 158
> London SW7 3SS England
> US tel/fax 1 954 524 1909

Additionally, I hereby certify that on June 29, 2007, copies of the foregoing document were served via facsimile and first class mail, postage pre-paid to the above party.

> YOUNG CONAWAY STARGATT & TAYLOR, LLP
>
> */s/ Karen E. Keller*
> Karen E. Keller (No. 4489)
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801
> (302) 571-6600
> *kkeller@ycst.com*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AGNES CARVEL ESTATE<br>by PAMELA CARVEL,<br><br>      Plaintiff,<br><br>  v.<br><br>CARVEL CORP.,<br><br>      Defendant. | :<br>:<br>:<br>:<br>:<br>: C.A. No. 07-237-JJF<br>:<br>:<br>:<br>:<br>: |

**ORDER OF DISMISSAL**

Having considered the Motion to Dismiss filed by Carvel Corporation and any opposition thereto, it is this ____ day of _____, 2007, **ORDERED** that such Motion is hereby **GRANTED**;

It is further **ORDERED** that the Complaint for Payment of Rent filed by Pamela Carvel on behalf of the Agnes Carvel Estate (D.I. 1) is hereby **DISMISSED, WITH PREJUDICE**.

_____
United States District Court Judge

**CERTIFICATE OF SERVICE**

  I, Karen E. Keller, Esquire, hereby certify that on June 29, 2007, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Pamela Carvel
> 28 Old Brompton Road, Suite 158
> London SW7 3SS England
> US tel/fax 1 954 524 1909

  Additionally, I hereby certify that on June 29, 2007, copies of the foregoing document were served via facsimile and first class mail, postage pre-paid to the above party.

                YOUNG CONAWAY STARGATT & TAYLOR, LLP

                */s/ Karen E. Keller*
                Karen E. Keller (No. 4489)
                The Brandywine Building
                1000 West Street, 17th Floor
                Wilmington, DE 19801
                (302) 571-6600
                *kkeller@ycst.com*