UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| AGNES CARVEL ESTATE<br>By PAMELA CARVEL,<br><br>    Plaintiff,<br>        v.<br><br>CARVEL CORP.,<br><br>    Defendant. | Civil Action No. 07-237 |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of the following attorney to represent defendant Carvel Corp., in this matter:

    Anthony P. Ashton
    DLA Piper US LLP
    6225 Smith Avenue
    Baltimore, MD  21209-3600
    (410) 580-3000

Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 is enclosed with this motion.

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ Karen E. Keller
        Karen E. Keller (No. 4489)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, DE 19801
        (302) 571-6600
        kkeller@ycst.com

Dated:  June 29, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for the admission *pro hac vice* of Anthony P. Ashton is granted.

Dated: July ___, 2007

_____<br>United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AGNES CARVEL ESTATE
by PAMELA CARVEL

    Plaintiff

v.

CARVEL CORP.

    Defendant

No. 07-237

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Maryland and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be paid to the Clerk of Court.

Anthony P. Ashton
DLA Piper US LLP
6225 Smith Avenue
Baltimore, MD 21209-3600
(410) 580-3000

Date: June 25, 2007

**CERTIFICATE OF SERVICE**

    I, Karen E. Keller, Esquire, hereby certify that on June 29, 2007, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

        Pamela Carvel
        28 Old Brompton Road, Suite 158
        London SW7 3SS England
        US tel/fax 1 954 524 1909

    Additionally, I hereby certify that on June 29, 2007, copies of the foregoing document were served via facsimile and first class mail, postage pre-paid to the above party.

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        /s/ Karen E. Keller
        Karen E. Keller (No. 4489)
        The Brandywine Building
        1000 West Street, 17th Floor
        Wilmington, DE 19801
        (302) 571-6600
        *kkeller@ycst.com*