IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Agnes Carvel Estate, London, England )<br>by Pamela Carvel, Executrix, )<br>Plaintiff )<br>v. ) Case No. 07 CIV 000237-JJF<br>)<br>Carvel Corp. )<br>a Delaware corporation )<br>Defendant. ) | |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR
TO AMEND COMPLAINT**

Plaintiff Pamela Carvel, fiduciary to Agnes Carvel and her successors in interest, Delaware ancillary administrator for the Agnes Carvel Estate, and Executrix for the period in question (through April 2007) hereby moves the court for summary judgment or for leave to amend the Complaint.

As explained in more detail in the accompanying memorandum, Pamela's *prima facia* evidence shows Agnes Carvel and her successors in interests are due rents and others sums characterized as rent in the lease by Carvel Corp., through its wholly owned subsidiary Franchise Stores Realty.

July 25, 2007                     Respectfully submitted,

*/s/ Pamela Carvel*

Pamela Carvel, appearing *pro se*
28 Old Brompton Road, Suite 158
London SW7 3SS England
US tel/fax  1 954 524 1909

## CORRECTED FOR MOTION

## CERTIFICATE OF SERVICE

I, Pamela Carvel, appearing *pro se*, hereby certify that on **July 31**, 2007, a true and correct copy and disk of the foregoing document was sent by overnight delivery to be filed with the Clerk of the Court which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Karen Keller
>Young Conaway Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801
>302 571 6600
>
>Thomas Spillman
>Smith, Gambrell & Russell, LLP
>Suite 3100
>Promenade 11
>1230 Peachtree Street N.E.
>Atlanta, GA 30309-3592



FILED
AUG - 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Additionally, I hereby certify that on July **31**, 2007, copies of the foregoing document were served via first class, postage pre-paid, to the above parties.

*/s/ Pamela Carvel*
Pamela Carvel, appearing *pro se*
28 Old Brompton Road, Suite 158
London SW7 3SS England
US tel/fax fwd  1 954 524 1909

**Pamela Carvel**
28 Old Brompton Road, Suite 158
London, SW7 3SS, England, U.K.

US TEL/FAX 1 954 524 1909

25 July 2007

United Stated District Court
District of Delaware
844 N. King Street
Wilmington, DE 19801

RE:   07-CV-00237-JJF

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR
LEAVE TO AMEND COMPLAINT
& AMENDED COMPLAINT, DEMAND FOR JURY TRIAL**

Dear Sir/Madam,

+ 1 copy

Please file the enclosed original Motion and Affidavit in support of summary judgment or motion for leave to amend the complaint and amended complaint. Also enclosed is a CD containing the same papers.

If there are any procedural points I have missed, please use the above US telephone and fax forwarding number because mail forwarding takes a long time to reach England. The above US number will forward to England at my expense.

Thank you for your valuable assistance.

Yours truly,

*[signature]*

by Pamela Carvel

FILED
2007 AUG -1  AM 10: 12
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE