**Pamela Carvel**
28 Old Brompton Road, Suite 158
London, SW7 3SS, England, U.K.

US TEL/FAX 1 954 524 1909

31 July 2007

United Stated District Court
District of Delaware
844 N. King Street
Wilmington, DE 19801



RE:   07-CV-00237-JJF

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR
LEAVE TO AMEND COMPLAINT
& AMENDED COMPLAINT, DEMAND FOR JURY TRIAL**

Dear Sir/Madam,

Enclosed please find two corrected Certificates of Service. The packages prepared were sent on July 31 instead of July 30 as anticipated.

If there are any procedural points I have missed, please use the above US telephone and fax forwarding number because mail forwarding takes a long time to reach England. The above US number will forward to England at my expense.

Thank you for your valuable assistance.

Yours truly,

by Pamela Carvel

@ARUEL
28 OLD BROMPTON RD #458
LONDON ENGLAND O SW7 3SS

NEW YORK NY 100
01 AUG 2007 PM 1 L

U.S. District Court Delaware District
844 N. KING ST
Wilmington DE 19801

U.S.M.S.
X-RAY

## CORRECTED FOR AMENDED COMPLAINT

## CERTIFICATE OF SERVICE

I, Pamela Carvel, appearing *pro se*, hereby certify that on July **31**, 2007, a true and correct copy and disk of the foregoing document was sent by overnight delivery to be filed with the Clerk of the Court which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Karen Keller
> Young Conaway Stargatt & Taylor, LLP
> The Brandywine Building
> 1000 West Street, 17th Floor
> Wilmington, DE 19801
> 302 571 6600
>
> Thomas Spillman
> Smith, Gambrell & Russell, LLP
> Suite 3100
> Promenade 11
> 1230 Peachtree Street N.E.
> Atlanta, GA 30309-3592



FILED
AUG -3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Additionally, I hereby certify that on July **31**, 2007, copies of the foregoing document were served via first class, postage pre-paid, to the above parties.

Pamela Carvel, appearing *pro se*
28 Old Brompton Road, Suite 158
London SW7 3SS England
US tel/fax fwd 1 954 524 1909

## CORRECTED FOR MOTION

## CERTIFICATE OF SERVICE

I, Pamela Carvel, appearing *pro se*, hereby certify that on **July 31**, 2007, a true and correct copy and disk of the foregoing document was sent by overnight delivery to be filed with the Clerk of the Court which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Karen Keller
>Young Conaway Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801
>302 571 6600
>
>Thomas Spillman
>Smith, Gambrell & Russell, LLP
>Suite 3100
>Promenade 11
>1230 Peachtree Street N.E.
>Atlanta, GA 30309-3592



FILED
AUG -3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Additionally, I hereby certify that on July **31**, 2007, copies of the foregoing document were served via first class, postage pre-paid, to the above parties.

_____
Pamela Carvel, appearing *pro se*
28 Old Brompton Road, Suite 158
London SW7 3SS England
US tel/fax fwd 1 954 524 1909

## CORRECTED FOR MOTION

## CERTIFICATE OF SERVICE

I, Pamela Carvel, appearing *pro se*, hereby certify that on **July 31**, 2007, a true and correct copy and disk of the foregoing document was sent by overnight delivery to be filed with the Clerk of the Court which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Karen Keller
>Young Conaway Stargatt & Taylor, LLP
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, DE 19801
>302 571 6600
>
>Thomas Spillman
>Smith, Gambrell & Russell, LLP
>Suite 3100
>Promenade 11
>1230 Peachtree Street N.E.
>Atlanta, GA 30309-3592



FILED
AUG - 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Additionally, I hereby certify that on July **31**, 2007, copies of the foregoing document were served via first class, postage pre-paid, to the above parties.

_____
Pamela Carvel, appearing *pro se*
28 Old Brompton Road, Suite 158
London SW7 3SS England
US tel/fax fwd  1 954 524 1909