IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AGNES CARVEL ESTATE<br>by PAMELA CARVEL,<br><br>    Plaintiff,<br><br>    v.<br><br>CARVEL CORP.,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:   C.A. No. 07-237-JJF<br>:<br>:<br>:<br>: |

### RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), counsel hereby certifies that defendant Carvel Corporation is wholly owned by Focus Brands, Inc., a Delaware corporation and that no publicly held corporation owns 10% or more of the stock of Carvel Corporation.

DATED: August 16, 2007

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

/s/ Karen L. Pascale

Karen L. Pascale (#2903) [kpascale @ycst.com]
Karen E. Keller (#4489) [kkeller@ycst.com]
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6554

OF COUNSEL:

Anthony P. Ashton (admitted *pro hac vice*)
DLA Piper US LLP
6225 Smith Avenue
Baltimore, Maryland 21209
(410) 580-3000

*Attorneys for Defendant Carvel Corp.*

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on August 16, 2007, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> Pamela Carvel
> 28 Old Brompton Road, Suite 158
> London SW7 3SS England

Additionally, I hereby certify that on August 16, 2007, copies of the foregoing document were served via first class mail, postage pre-paid to the above party.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen L. Pascale*

Karen L. Pascale (No. 2903)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
(302) 571-6554
kpascale@ycst.com